UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                     Case Number 05-51425 GMB

Debtor: Gale F. Murray

| Check Number | Creditor | Amount |
|---|---|---|
| 1684098 | Gale F. Murray | 1,501.35 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  March 3, 2010